UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN A. KELLOGG,

        Petitioner(s),

v.

DR. ANDREW PHILLIPS,

        Respondent(s).

NO. C05-955P

ORDER ON REQUEST FOR APPOINTMENT OF COUNSEL

The above-entitled Court, having received and reviewed:

1. Petitioner's Request for Court-Appointed Counsel per 2254 Petition

2. Response to Motion for Appointment of Counsel

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that counsel be appointed forthwith to represent Petitioner pursuant to 28 U.S.C. § 1915(e). The matter is hereby referred for the selection and appointment of counsel from the CJA Panel.

IT IS FURTHER ORDERED that proceedings pursuant to the § 2254 petition are STAYED pending appointment of counsel. Counsel is to notify the Court upon appointment and advise the Court of the time needed to review and respond to the pending Report and Recommendation in this matter.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: March 9, 2006

_____

**ORD ON MTN FOR APPT OF COUNSEL - 1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Marsha J. Pechman
U.S. District Judge

**ORD ON MTN FOR**
**APPT OF COUNSEL - 2**