UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN A. KELLOGG, <br><br> Plaintiff(s), <br><br> v. <br><br> DR. ANDREW PHILLIPS, <br><br> Defendant(s). | NO. C05-955P <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court hereby GRANTS Petitioner's Motion to Hold Petition for Writ of Habeas Corpus in Abeyance Pending Further Proceedings in State Court (Dkt. No. 34). The petition, and Petitioner's pending Motion for Evidentiary Hearing (Dkt. No. 24) will be ordered held in abeyance pending the outcome of Petitioner's proceedings in Snohomish County Superior Court.

Petitioner is hereby ordered to notify the Court upon resolution of the state court matter or file a status report by **November 27, 2006**, whichever comes first.

Filed this 20th day of September, 2006.

BRUCE RIFKIN, Clerk

By       /s Mary Duett

MINUTE ORDER

Deputy Clerk

MINUTE ORDER